COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-407-CV

IN RE PANASONIC CORPORATION RELATOR

OF NORTH AMERICA

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered the parties’ agreed motion to dismiss without prejudice.  It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  MCCOY, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  April 6, 2010

FOOTNOTES
1:
See 
Tex. R. App. P.
 47.4
, 52.8(d).